Filed in ED/OK on 01/21/25    Document 77-1    -RAW

Jason Cole
Okmulgee Co. Jail
315 W. 8th St.
Okmulgee, Ok. 74447

RECEIVED

JAN 21 2025

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

TULSA OK 740

15 JAN 2025  PM 2  L

United States Eastern District of Ok.
Court Clerk
P.O. Box 607
Muskogee, Ok.  74402