**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.

JASON DALE COLE and
CRYSTAL FAYE CHESSER,

       *Defendant.*

Case No. CR-24-80-RAW

**<u>ORDER</u>**

Before the court is Joseph Barrett's Unopposed Motion to Withdraw as Counsel for Defendant, Jason Dale Cole [Docket No. 78] requesting that counsel be allowed to withdraw from representation of Defendant Cole as he has been terminated by Mr. Cole. Counsel affirms that an irreparable breakdown in the attorney-client relationship has occurred preventing counsel from providing effective representation as required under the Sixth Amendment.

Accordingly, the court hereby GRANTS the Motion [Docket No. 78]. The court directs the office of the Federal Public Defender to appoint substitute counsel from the CJA panel forthwith.

IT IS SO ORDERED this 7th day of February, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE