CR-24-80-RAW

The Honorable Judge: Mr Ronald White,

 Your honor I am writing to inform you that I had to fire my attorney Mr. Joseph Barrett. He Lied to me about several important issues involved in my case. He informed me that I was not going to get a fair trial. I feel that I Was forced to remove him from my case.

 I've respectfully requested a full Discovery from Mr. Barrett several times and he informed me that he didn't have it his self and then he told me that most of what he has is on a digital link.

 I'm respectfully requesting another court appointed attorney for my defense. I gratefully appreciate your assistance.

 I Would also like to request a full Discovery if It's possible. I thank you kindly for your time and consideration Your Honor.

With Respects
Jason Cole

Case # CR 24-080 RAW

Jason Cole
2-9-25