## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.                                                    Case No.:  CR-24-80-RAW

Jason Dale Cole

                                                        **WAIVER OF SPEEDY TRIAL**

                                        Defendant.

The Defendant, <u>Jason Dale Cole</u> ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from <u>April 1, 2025</u> to <u>June 3, 2025</u> be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____          _2-21-25_____
Defendant                                                   Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____          _02-21-2025_____
Attorney for Defendant                                Date