**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

SEP 30 2025

BONNIE HACKLER
Clerk, U.S. District Court
By ______
Deputy Clerk

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**JASON DALE COLE &**
**CRYSTAL FAYE CHESSER,**

*Defendants.*

**Case No. 24-CR-080-RAW**

**STIPULATION NO. 1**

COMES NOW the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Jarrod Leaman, and Defendant Jason Dale Cole, by and through his counsel, Michael Noland, and hereby knowingly, willingly, and voluntarily agree and stipulate to the following:

1. That on the date of the alleged offense identified in the Superseding Indictment, that is, on or about November 18, 2023, the Defendant had been previously convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year; and,

2. That on the date of the alleged offense identified in the Superseding Indictment, that is, on or about November 18, 2023, the Defendant knew he had been previously convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

JASON DALE COLE
Defendant

MICHAEL NOLAND
Counsel for the Defendant

JARROD LEAMAN
Assistant United States Attorney