**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED
OCT 01 2025
BONNIE HACKLER
Clerk, U.S. District Court
By ________
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON DALE COLE,<br>Defendant. | Case No. CR-24-080-RAW |

## SPECIAL VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

1. With respect to the charge in **Count One** of the Superseding Indictment for Possession with Intent to Distribute Methamphetamine, we find the Defendant, Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| (***Check only one.***) | ________ | ✓ |

If you found Defendant Jason Dale Cole **not guilty** of Count One, skip the next question and move on to Count Two.

If, however, you found Defendant Jason Dale Cole **guilty** of Count One, please answer the next question.

Answer the following **only** if you have found the defendant **guilty** as to Count One.

Having found the Defendant, Jason Dale Cole, guilty of Count One, we further find that he possessed with the intent to distribute the following quantity of a mixture or substance containing a detectable amount of methamphetamine:

***(Check only one.)***

__✓__ **At least 50 grams or more**

______ **Less than 50 grams**

2. With respect to the charge in **Count Two** of the Superseding Indictment for Possession of a Machine Gun, we find the Jason Dale Cole:

| | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| ***(Check only one.)*** | ______ | __✓__ |

3. With respect to the charge in **Count Three** of the Superseding Indictment for Felon in Possession of a Firearm, we find the Defendant Jason Dale Cole:

| | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| ***(Check only one.)*** | ______ | __✓__ |

4. With respect to the charge in **<u>Count Four</u>** of the Superseding Indictment for Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we find the Defendant Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| **(*Check only one.*)** | ______ | ✓ |

If you found Defendant Jason Dale Cole **not guilty** of Count Four, skip the next question and move on to Count Five.

If, however, you found Defendant Jason Dale Cole **guilty** of Count Four, please answer the next question.

Answer the following **<u>only</u>** if you have found the defendant **<u>guilty</u>** as to Count Four.

Having found Defendant Jason Dale Cole guilty of Count Four, we further find that Defendant Jason Dale Cole possessed one (1) Glock, Model 23Gen4, .40-caliber pistol, bearing serial number BKRZ205, that had been modified to shoot more than one (1) round of ammunition, without manual reloading, by a single function of the trigger (machine gun):

| | NO | YES |
|---|---|---|
| **(*Check only one.*)** | ______ | ✓ |

5. With respect to the charge in **Count Five** of the Superseding Indictment for Possession with Intent to Distribute Methamphetamine, we find the Defendant, Jason Dale Cole:

| | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| **(*Check only one.*)** | ______ | ✓ |

If you found Defendant Jason Dale Cole **not guilty** of Count Five, skip the next question and move on to Count Six.

If, however, you found Defendant Jason Dale Cole **guilty** of Count Five, please answer the next question.

Answer the following **only** if you have found the defendant **guilty** as to Count Five.

Having found the Defendant, Jason Dale Cole, guilty of Count Five, we further find that he possessed with the intent to distribute the following quantity of a mixture or substance containing a detectable amount of methamphetamine:

**(*Check only one.*)**

✓ **At least 500 grams or more**

______ **At least 50 grams or more but less than 500 grams**

______ **Less than 50 grams**

6. With respect to the charge in **<u>Count Six</u>** of the Superseding Indictment for Possession with Intent to Distribute Marijuana, we find the Defendant Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| ***(Check only one.)*** | _______ | ✓ |

7. With respect to the charge in **<u>Count Seven</u>** of the Superseding Indictment for Felon in Possession of a Firearm, we find the Defendant Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| ***(Check only one.)*** | _______ | ✓ |

8. With respect to the charge in **<u>Count Eight</u>** of the Superseding Indictment for Possession of an Unregistered Firearm, we find the Defendant Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| ***(Check only one.)*** | _______ | ✓ |

9. With respect to the charge in **Count Nine** of the Superseding Indictment for Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we find the Defendant Jason Dale Cole:

| | NOT GUILTY | GUILTY |
|---|---|---|
| ***(Check only one.)*** | ______ | ✓ |

If you found Defendant Jason Dale Cole **not guilty** of Count Nine, skip the next question and move on to Count Ten.

If, however, you found Defendant Jason Dale Cole **guilty** of Count Nine, please answer the next question.

Answer the following **only** if you have found the defendant **guilty** as to Count Nine.

Having found Defendant Jason Dale Cole guilty of Count Nine, we further find that Defendant Jason Dale Cole possessed one Nordic Components, Model NC-10, multi-caliber, semi-automatic rifle, bearing serial number N00388 and that such was equipped with a firearm silencer:

| | NO | YES |
|---|---|---|
| ***(Check only one.)*** | ______ | ✓ |

10. With respect to the charge in **Count Ten** of the Superseding Indictment for Maintaining a Drug Involved Premises, we find the Defendant Jason Dale Cole:

| | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| ***(Check only one.)*** | ______ | ✓ |

**DATED this 1st day of October, 2025.**

________________________
**Foreperson Signature**

________________________
**Foreperson Printed Name**