**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CR-24-80-RAW** |
| | ) | |
| **JASON DALE COLE,** | ) | |
| **Defendant.** | ) | |

**SUPPLEMENT**
**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Counsel Michael W. Noland, Counsel for Jason Dale Cole, in the above styled case and asks this Court to allow him to withdraw as Appointed Counsel and appoint new Counsel to represent the Defendant. In support of said motion Counsel Michael Noland states:

1) Counsel Michael Noland was court appointed, pursuant to the Criminal Justice Act (CJA), to represent Defendant Jason Dale Cole on July 11, 2025. (Dkt. No. 179)

2) Counsel entered his appearance on July 14, 2026. (Dkt. No. 180)

3) This case was tried by Jury and on October 1, 2025 the Jury rendered a verdict, as to Jason Dale Cole, of Guilty as to all Counts. (Dkt.

4) This case is pending Sentencing by the Court. No sentencing date has

been set at this time.

5) Counsel Michael Noland would advise the Court that on February 17, 2026 that the Defendant, Jason Dale Cole contacted Counsel and demanded that Counsel file a Motion to Withdraw from his case based on Ineffective Assistance of Counsel.

6) That Counsel previously filed a Motion to Withdraw as Counsel on February 19, 2026. (Dkt. No. 216) The Defendant, Jason Cole also filed a Motion requesting new Counsel on March 2, 2026. (Dkt. No. 217)

7) On April 23, 2026, Counsel Michael Noland received letter in the mail from the Oklahoma Bar Association, noticing Counsel of a Complaint filed by the Defendant Jason Dale Cole.

8) Based on the foregoing there has been a total breakdown in the Attorney and Client relationship. Further, there is ample evidence at this point that there is a severe breakdown in communications between Counsel and the Defendant rendering further representation improper and counterproductive.

WHEREFORE, premises considered, Counsel Michael Noland, hereby moves this court to allow him to withdraw as appointed counsel of record for the Defendant, Jason Dale Cole, and the reappointment of Counsel for the representation of the Defendant.

Respectfully Submitted,

s/ Michael W Noland__________
Michael W. Noland, OBA #21768
435 North Walker Avenue, Suite 105
Oklahoma City, OK 73102
(405) 225-1311 Telephone
(405) 225-1312 Facsimile
ATTORNEY FOR THE DEFENDANT

**Certificate of Service**

I hereby certify that on April 23, 2026, I electronically transmitted the above document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Jarron Leaman, Assistant United States Attorney.

s/ Michael W. Noland