UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-vs-<br>JASON DALE COLE,<br>Defendant. | Case No. 24-CR-080-RAW |

DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, Jason Dale Cole ("Mr. Cole"), by and through his attorney of record, Tom Wright, and respectfully requests the Court strike the Sentencing presently set for September 15, 2026 at 10:00 a.m. [Dkt. 233] and reset it at the Court's convenience. In support, Mr. Cole states:

1. The United States does not object to the relief requested in this motion.
2. Mr. Cole's attorney has a conflict and cannot attend the hearing.

WHEREFORE, because Mr. Cole's attorney has a conflict and cannot attend the Sentencing on September 15, 2026, Mr. Cole respectfully requests the Court strike the hearing and reset it at the Court's convenience.

Respectfully Submitted,

THE WRIGHT LAW FIRM, PLLC

/s/ Thomas M. Wright
THOMAS M. WRIGHT, OBA 20378
THE WRIGHT LAW FIRM, PLLC
629 West Main Street, Suite 230
Oklahoma City, OK 73102
405.819.0888 (tele)
405.459.0902 (fax)
tom@tomwrightlaw.com
*Attorney for Jason Dale Cole*

CERTIFICATE OF SERVICE

I Thomas M. Wright, hereby certify that on this 9th day of September, 2026, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.

/s/ Thomas M. Wright